Bryce K. Kunimoto
Nevada Bar No. 7781
Jackson Wong
Nevada Bar No. 15674
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel.: (702) 669-4600
bkunimoto@hollandhart.com
jwong@hollandhart.com

Andrew Shapren *(pro hac vice forthcoming)*
Robert Fitzgerald *(pro hac vice forthcoming)*
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Tel.: (215) 665-8700
andrew.shapren@bipc.com
robert.fitzgerald@bipc.com

*Attorneys for Defendant Underwriting Management Experts, LLC*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MISSION SUPPORT TEST SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN STATE LIFE INSURANCE COMPANY and UNDERWRITING MANAGEMENT EXPERTS, LLC, and DOES AND ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02148-GMN-NJK<br><br>**JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANT UNDERWRITING MANAGEMENT EXPERTS, LLC TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Mission Support Test Services, LLC ("MSTS") and Defendant Underwriting Management Experts, LLC ("UME"), by and through their respective attorneys, hereby stipulate and jointly move the Court for an order extending the time for UME to respond to Plaintiff's Complaint.

1. Plaintiff commenced the above-captioned action on April 21, 2026, in the Eighth Judicial District Court of Clark County, Nevada.

2. This case was removed to this Court on July 15, 2026.

3. The current deadline for UME to answer or present other defenses or objections to the Complaint under Fed. R. Civ. P. 81(c) is July 22, 2026.

4. An extension is necessary to afford UME sufficient time to evaluate Plaintiff's allegations and prepare its response to the Complaint.

5. The Parties have conferred and agreed that an extension is necessary and to extend the deadline for UME to respond to the Complaint to July 29, 2026.

6. The Parties have not made any prior requests for extensions to the Court.

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

7. The Parties respectfully request that the Court enter an order extending the time for UME to respond to the Complaint to July 29, 2026, as agreed by the Parties.

DATED this 21st day of July, 2026.

*/s/ Jackson Wong*
Bryce K. Kunimoto
Nevada Bar No. 7781
Jackson Wong
Nevada Bar No. 15674
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel.: 702-669-4600

Andrew Shapren *(pro hac vice forthcoming)*
Robert Fitzgerald *(pro hac vice forthcoming)*
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Tel.: 215-665-8700

*Attorneys for Defendant Underwriting Management Experts, LLC*

DATED this 21st day of July, 2026.

*/s/ Lisa A. McClane*
Lisa A. McClane, Esq.
Nevada Bar No. 10139
Mission Support and Test Services, LLC
Post Office Box 98521, Mail Stop NLV019
N. Las Vegas, NV 89193-8521
Tel: (702) 235-9218

*Attorney for Plaintiff Mission Support and Test Services, LLC*

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED: July 22, 2026

38664659.v3



HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134