**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mission Support Test Services, LLC,<br>Plaintiff(s),<br>v.<br>Garden State Life Insurance Company, et al.,<br>Defendant(s). | Case No. 2:26-cv-02148-GMN-NJK<br>**Order**<br>[Docket No. 20] |

Pending before the Court is a notice of Rule 26(f) conference. Docket No. 20. Discovery-related documents must be served on the affected party, not filed on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: August 10, 2026

Nancy J. Koppe
United States Magistrate Judge