LISA A. MCCLANE, ESQ.
Nevada State Bar No. 10139
**MISSION SUPPORT AND TEST SERVICES, LLC**
Post Office Box 98521, Mail Stop NLV019
N. Las Vegas, NV 89193-8521
Telephone: (702) 235-9218
*mcclanla@nv.doe.gov*

*Attorney for Plaintiff*
*Mission Support and Test Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MISSION SUPPORT AND TEST SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN STATE LIFE INSURANCE COMPANY and UNDERWRITING MANAGEMENT EXPERTS, LLC, and DOES AND ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02148-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTIONS TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Mission Support Test Services, LLC ("MSTS"), Defendant Underwriting Management Experts, LLC ("UME"), and Defendant Garden State Life Insurance Company ("Garden State") (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate and agree to extend the briefing deadlines on UME's Motion to Dismiss (ECF No. 10) and Garden State's Motion to Dismiss (ECF No. 16).

1. The current deadline for MSTS to respond to UME's Motion to Dismiss is August 12, 2026.

2. The Parties have conferred and agreed to extend the deadline for MSTS to respond to UME's Motion to Dismiss for thirty (30) days to September 11, 2026. The Parties have also agreed to extend the deadline for UME to file a reply for twenty-one (21) days to October 9, 2026.

3. The current deadline for MSTS to respond Garden State's Motion to Dismiss is August 20, 2026.

4. The Parties have conferred and agreed to extend the deadline for MSTS to respond to Garden State's Motion to Dismiss for thirty (30) days to September 21, 2026. The Parties have also agreed to extend the deadline for Garden State to file a reply for twenty-one (21) days to October 19, 2026.

5. Counsel have multiple scheduling conflicts and the extensions are necessary to allow the Parties time to provide adequate briefing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. The Parties have not made any prior requests for extensions to the Court.

DATED this 11th day of August, 2026.

*/s/ Jackson Wong*
Bryce K. Kunimoto
Nevada Bar No. 7781
Jackson Wong
Nevada Bar No. 15674
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel.: 702-669-4600

Andrew Shapren *(pro hac vice)*
Robert Fitzgerald *(pro hac vice)*
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Tel.: 215-665-8700

*Attorneys for Defendant Underwriting Management Experts, LLC*

DATED this 11th day of August, 2026.

*/s/ Lisa A. McClane*
Lisa A. McClane, Esq.
Nevada Bar No. 10139
Mission Support and Test Services, LLC
Post Office Box 98521, Mail Stop NLV019
N. Las Vegas, NV 89193-8521
Tel: (702) 235-9218

*Attorney for Plaintiff Mission Support and Test Services, LLC*

Dominic Impastato, III *(pro hac vice pending approval)*
**FRISCHHERTZ & IMPASTATO, LLC**
1140 St. Charles Avenue
New Orleans, LA 70130
Tel.: 504-523-1500

DATED this 11th day of August, 2026.

*/s/ Jackson Wong*
Bryce K. Kunimoto
Nevada Bar No. 7781
Jackson Wong
Nevada Bar No. 15674
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel.: 702-669-4600

*Attorneys for Defendant Garden State Life Insurance Company*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: August 11, 2026

39049037_v1