**MYSTY D. LANGFORD, ESQ.**
Nevada Bar No. 16909
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: mlangford@richardharrislaw.com
*Proposed Designated Resident*
*Nevada Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MISSION SUPPORT TEST SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN STATE LIFE INSURANCE COMPANY; UNDERWRITING MANAGEMENT EXPERTS, LLC; and DOES AND ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | **Case No. 2:26-cv-02148-GMN-NJK**<br><br>~~[PROPOSED]~~ **ORDER GRANTING SUBSTITUTION OF COUNSEL AND CHANGE OF DESIGNATED RESIDENT NEVADA COUNSEL**<br><br>[Docket No. 34] |

The Court, having reviewed the Joint Motion for Substitution of Counsel and Change of Designated Resident Nevada Counsel submitted by Plaintiff Mission Support Test Services, LLC pursuant to Local Rule IA 11-6(c), and good cause appearing:

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED.

**IT IS FURTHER ORDERED** that Mysty D. Langford, Esq., Nevada Bar No. 16909, of Richard Harris Law Firm, is substituted as designated resident Nevada counsel for Plaintiff under Local Rule IA 11-2 in place of Lisa A. McClane, Esq. The Court's August 17, 2026 Order (ECF No. 26) is amended accordingly.

**IT IS FURTHER ORDERED** that Dominick F. Impastato III remains counsel for Plaintiff pro hac vice.

RICHARD HARRIS LAW FIRM

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate Lisa A. McClane, Esq. as counsel of record for Plaintiff and remove her from electronic service in this action.

**IT IS FURTHER ORDERED** that this substitution does not alter, continue, or extend any deadline, hearing, or other date presently set by rule or Court order.

**IT IS SO ORDERED.**

DATED: September 23, 2026

United States Magistrate Judge

Respectfully submitted by:

**RICHARD HARRIS LAW FIRM**

By: /s/ Mysty D. Langford
MYSTY D. LANGFORD, ESQ.
Nevada Bar No. 16909
801 South Fourth Street
Las Vegas, Nevada 89101
Proposed Designated Resident
Nevada Counsel for Plaintiff